IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:03CR275 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ROBERT LEE HORTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on its own motion.

IT IS ORDERED:

1. The warrant (Filing No. 54) is quashed; and

2. The Clerk is directed immediately to deliver a copy of this order to the U.S. Marshal.

DATED this 4th day of November, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge